NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WEDJ/THREE C'S, INCORPORATED,**
*Appellant,*

**v.**

**Robert M. Gates, SECRETARY OF DEFENSE,**
*Appellee.*

---

2010-1120

---

Appeal from the Armed Services Board of Contract Appeals in No. 56672, Administrative Judge Diana S. Dickinson.

---

**JUDGMENT**

---

CYRUS E. PHILLIPS IV, of Arlington, Virginia, argued for appellant.

P. DAVIS OLIVER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DONALD E. KINNER, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, SCHALL, AND, GAJARSA), *Circuit Judges*.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 9, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |